**Opinion issued May 12, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00171-CV

## NO. 01-15-00172-CV

————————————

## IN RE MELISSA A. PULSIPHER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Melissa A. Pulsipher, seeks mandamus relief from the January 26, 2015 "Order for Protection of a Child in an Emergency" in cause number 15CP0007, which appointed the Texas Department of Family and Protective Services (DFPS) as temporary sole managing conservator of her two minor

children, J.O. and A.L.G.[1]  Pulsipher contends the order was an abuse of discretion by the trial court because it was issued on the same day that cause number 13CP0049, an earlier termination suit involving the same parties, was dismissed for having exceeded legislative time limits.  Pulsipher argues the children should have been returned to her because no new evidence existed to support the new termination case.

We **DENY** the petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

---

[1]      The underlying cases are *In the Interest of J.O. and A.L.G., Children*, cause number 15CP0007, and *In the Interest of J.O. and A.L.G., Children*, cause number 13CP0049, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring presiding.